UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS
LOCAL 324 PENSION FUND,

       Plaintiffs,

v.

       Case No.: 10-cv-14693
       Hon. Patrick J. Duggan

BURKE RENTAL SERVICE, INC., a Michigan
corporation,

       Defendant.
_____/

**DAVID J. SELWOCKI  P51375**
**MATTHEW I. HENZI  P57334**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, MI 48075
248.746.0700
brogers@swappc.com

_____/

**DEFAULT JUDGMENT AGAINST
DEFENDANT BURKE RENTAL SERVICE, INC.**

At a session of court held in the City of Detroit, Wayne County, Michigan, on May 19, 2011.

    PRESENT:   Hon. Patrick J. Duggan
                        U.S. District Court Judge

This matter having come before the Court upon Plaintiffs' Motion for entry of Default Judgment against Defendant Burke Rental Service, Inc.; Plaintiffs' counsel having appeared in Court for a hearing on the motion on May 19, 2011 at 2:00 p.m.; Plaintiffs' counsel having served notice of the hearing by mail on Defendant Burke Rental Service, Inc. on April 25, 2011; Defendant Burke Rental Service, Inc. having failed to appear for the motion hearing; Defendant

Burke Rental Service, Inc. having failed to respond or otherwise defend this matter; and, the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Plaintiffs' motion is granted and Default Judgment is entered against Defendant, BURKE RENTAL SERVICE, INC., in the amount of $910,936.64, which is calculated as follows:

- A) withdrawal liability in the amount of $715,579.00;
- B) interest on the unpaid contributions in the amount of $75,914.78 - 29 USC §1132(g)(2)(B);
- C) liquidated damages in the amount of $116,529.86; and,
- E) reasonable attorney fees, audit fees and costs of collection in the amount of $2,913.00 pursuant to 29 USC § 1132(g)(2)(D) and the Collective Bargaining Agreement.

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the court's order.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: May 19, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, May 19, 2011, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager

Judgment Prepared by:

Matthew I. Henzi P57334
Attorney for Plaintiffs

2